■ JENNIE L. SUFRIN, Respondent, v. ARBEAU, INC., et al., Appellants, et al., Defendants. 33 GRAMERCY PARK SOUTH CORP. et al., Respondents.—

No opinion. Order entered on December 22, 1959 unanimously affirmed on the opinion of Mr. Justice MATTHEW M. LEVY (24 Misc 2d 909) at Special Term, with $10 costs and disbursements to respondents. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ JERROSE MANAGEMENT CORP., Appellant, v. MILES GARNETT, Respondent.

In affirming the court does not reach the question whether any or all of the fraudulent representations as alleged in the proposed amended complaint would be admissible under the present complaint. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ In the Matter of A. L. S. RESTAURANT, INC., v. NEW YORK STATE LIQUOR AUTHORITY.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ THELMA COHEN v. BLOCKTON REALTY CORP. BLOCKTON REALTY CORP. v. DARLING STORES, INC.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ SHERRY SHUFFMAN v. FREDERICK SHUFFMAN.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ In the Matter of PAUL VALENTE, v. EDWARD F. CAVANAGH, JR., as Fire Commissioner of the City of New York.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ In the Matter of CHARLES I. GARSIDE v. MOST PREFERRED, INC., et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ MARGIT SCHWARCZ v. NAT TENENBAUM. NAT TENENBAUM v. THEODORE CHARNIS.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ In the Matter of SIDNEY AMKRAUT, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.